899 F.2d 1218
 Patierno & Grassano Organization, Inc.
v.
Township of Aberdeen, Coren (Mark), Schoor, DePalma and
Gillen, Schoor Engineering Group, Inc., Schoor, DePalma and
Canger Group, Schoor (Howard), DePalma (Stephen), Chaiken
(Jason), Chmiel (Peter), Handwerker (Robert), Cegerenko
(Alex), Polito (Frank), Rechten (Arthur), Bradford (Bruce),
Bhatia (Ray), Gus De Los Re, Lawrence (Robert), Kurtz
(William), Mihalek (Richard), Ruby (Kenneth), Bennett
(Edward), Wallace (Wayne), John Does
 NOS. 89-5668, 89-5709
 United States Court of Appeals,
Third Circuit.
 MAR 06, 1990
 
 Appeal From: D.N.J.,
 Brown, J.
 
 
 1
 AFFIRMED.